

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ALABAMA.

BRANDON JOHNSON,
    Plaintiff,

vs.

2:17-cv-01725-LSC-JHE

ALABAMA DEPARTMENT OF CORRECTIONS,
Systems division/legal division,
ET.AL.,
    Defendants.

NOTICE OF INTENT TO FILE CIVIL
ACTION FOR INTENTIONALLY MAINTAINING
AN ANADEQUATE LAW LIBRARY

    Comes now, Brandon Johnson, and hereby submit his notice of intent to file a civil action against the above-named defendants for it's policy and practice of failing to maintain an adequate law library at William E. Donaldson Correctional Facility by failing to provide the following:
1) Since September, 28, 2017, the Information Systems Division/ Legal Division has failed to provide the inmate population/ Segregation with access to current law by failing to make sure that the computer system works ( The lexis Nexis system has expired, leaving the computer system down/blank )

-1--

I have a brief that will be due in Case No. CV-2017-80, my brief is due in the Alabama Court of Criminal Appeals on the 25th day of October, 2017 challenging a disciplinary process and this department is impeding on his ability to properly prepare his appellate brief.

2) The Information Systems Division has failed to update the computers in the law library at William E. Donaldson. It almost has been a year since the computer system has been updated and there are no 2017 precedents, State or Federal, on the computers nor does the computer system provide the plaintiff with the ability to utilize the keyboarding system to prepare his brief through the computer system nor run it off through the printer.
3) The legal division fails to provide the plaintiff with adequate typewriters nor with typewriters sufficient in number for the prison in liu of a much more plausible cheaper computer system that contains the ability providing the plaintiff with the ability to use the "words" process to prepare his legal briefs and store it for later use in court proceedings.

DONE THIS THE 8TH DAY OF OCTOBER, 2017.

CERTIFICATE OF SERVICE

I hereby certify that I have this 8th day of October, 2017 served a copy of the foregoing notice of intent to file a civil action on the defendants via first class mail, postage prepaid and properly addressed.

BRANDON JOHNSON
185532/ D-25
100 WARRIOR LANE
BESSEMER, AL 35023